# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA**  Plaintiff  v.  **LUIS ENRIQUE GONZALEZ-MALDONADO**  Defendant | CRIMINAL NO. 20-CR-00686-JGK-3  **MOTION FOR PRO HAC VICE ADMISSION OF LUIS RAFAEL RIVERA-RODRIGUEZ** |

**COMES NOW**, **Laura M. Miranda, Esq.**, a member in good standing of the Bar of this Court and an attorney of record in the above-styled action, and hereby respectfully moves this Court pursuant to LRCi 83.1(b)(2) for admission pro hac vice of Luis Rafael Rivera-Rodríguez.

In support of this motion, the moving attorney relies on the attached Affidavit and Questionnaire and submits the following facts and circumstances:

1. The Defendant, LUIS ENRIQUE GONZALEZ-MALDONADO, has requested that LUIS RAFAEL RIVERA-RODRIGUEZ be permitted to participate as co-counsel in the above-entitled action.

2. Luis Rafael Rivera-Rodriguez is a member of in good standing of the bar of the highest court of the District of Puerto Rico, where applicant regularly practices law.

3. Luis Rafael Rivera-Rodriguez is not under any suspension or disbarment by any court.

4. The undersigned, admitted to practice law in the District Court of the Southern District of New York, has entered a notice of appearance on behalf of the Defendant.

5. The undersigned shall promptly notify Luis Rafael Rivera-Rodriguez of the receipt thereof.

6. On information and belief, Luis Rafael Rivera-Rodriguez is fully capable of practicing law before this Court.

7. The Affirmation of the undersigned is attached as **Exhibit 1.**

8. The Affirmation of Luis Rafael Rivera-Rodriguez is attached as **Exhibit 2**.

9. The Certificate of Good Standing of Luis Rafael Rivera-Rodriguez is attached as **Exhibit 3**.

10. Luis Rafael Rivera-Rodriguez has an attachment to the Application that will be submitted under seal and identified as **Exhibit 4**.

**WHEREFORE**, Laura M. Miranda, Esq. prays that this Honorable Court will grant this motion and admit Luis Rafael Rivera-Rodriguez to the Bar of the District Court of the Southern District of New York pro hac vice in the above-entitled matter.

Dated: March 8, 2021

Respectfully Submitted,

*/s/Laura M. Miranda*
**LAURA M. MIRANDA, ESQUIRE**
SDNY Bar # 7909
Laura M. Miranda
Attorneys at Law PLLC
1 Liberty Plaza 23rd Floor
New York, NY 10006
Cel.: 917-696-7933

*/s/Luis Rafael Rivera-Rodríguez*
**LUIS RAFAEL RIVERA- RODRIGUEZ**
USDC-PR 129411
LUIS RAFAEL RIVERA LAW OFFICES
CAPITAL CENTER BLDG., STE. 401
239 ARTERIAL HOSTOS AVENUE
SAN JUAN PR  00918
TEL.: (787) 763-1780
FAX: (787) 763-2145
E-MAIL: luiswichyrivera@hotmail.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff<br><br>v.<br><br>**LUIS ENRIQUE GONZALEZ-MALDONADO**<br><br>Defendant | **CRIMINAL NO. 20-CR-00686-JGK-3**<br><br>**AFFIDAVIT OF LAURA M. MIRANDA IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

**State of New York**      )
                          )  ss:
**County of New York**    )

**LAURA M. MIRANDA, ESQ.**, being duly sworn and under penalty of perjury hereby deposes and says as follows:

1. I am an attorney duly authorized to practice law in this district and appear as counsel for Defendant, Luis Enrique González-Maldonado, in the above-captioned case. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Luis Rafael Rivera, Esq., as counsel pro hac vice to represent the Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York and I am also admitted to the bar of the United States District Court for the Southern District of New York and in good standing with this Court.

3. I have known attorney Luis Rafael Rivera over fifteen (15) years.

4. Mr. Rivera is a partner and owner of the Law Offices of Luis Rafael Rivera located in Hato Rey, Puerto Rico.

5. I have found Atty. Luis Rafael Rivera to be a skilled attorney and a person of integrity. He is experienced in Federal Practice and familiar with the Federal Rules of Evidence.

6. Accordingly, I am pleased to move the admission of Atty. Luis Rafael Rivera, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Atty. Luis Rafael Rivera, pro hac vice, which is attached hereto as **Exhibit A**.

**WHEREFORE**, it is respectfully requested that the motion to admit Atty. Luis Rafael Rivera, pro hac vice, to represent defendant Luis Enrique González-Maldonado in the above-captioned case be **GRANTED**.

**DATED:** March 8, 2021

_____
**LAURA M. MIRANDA, ESQ.**

**Affidavit** 272

Sworn and subscribed to before me by Laura M. Miranda, whom I personally know, in San Juan, Puerto Rico, this 8th day of March, 2021.



_____
NOTARY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>LUIS ENRIQUE GONZALEZ-MALDONADO<br><br>Defendant | CRIMINAL NO. 20-CR-00686-JGK-3<br><br>Affidavit of Luis Rafael Rivera-Rodríguez in Support of Motion to Admit Counsel Pro Hac Vice |

**State of New York** )
                          ) ss:
**County of New York** )

**Luis Rafael Rivera-Rodríguez**, being duly sworn, hereby deposes and says as follows:

1. I am the owner of the law firm Luis Rafael Rivera Law Offices, located in Capital Center 1, Suite 401, 239 Arterial Hostos Avenue, San Juan, Puerto Rico 00918.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter. I have been admitted to practice pro hac vice in this District since 1992.

3. I am a member in good standing of the Puerto Rico Supreme Court.

4. I am in good standing in all Bars wherever admitted and have not had any request for pro hac vice admission denied or revoked.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case for defendant Luis Enrique González-Maldonado.

Executed under the penalty of perjury pursuant to title 28 U.S.C. Section 1746 on this 8th day of March 2021.

_____
LUIS RAFAEL RIVERA RODRÍGUEZ

Affidavit 7705

Sworn and subscribed to before me by Luis Rafael Rivera Rodríguez, whom I personally know, in San Juan, Puerto Rico, this 8th day of March, 2021.

_____
NOTARY



# Commonwealth of Puerto Rico
## Supreme Court
### San Juan, Puerto Rico

## Certification

I hereby certify that on 18th day of November, 1981

### Luis R. Rivera-Rodríguez

was admitted to practice law in all the courts of the Commonwealth of Puerto Rico after passing the Bar Examinations administered by the Board of Bar Examiners and being sworn in as an attorney as prescribed by law. Attorney **Luis R. Rivera-Rodríguez** by way of a Per Curiam Opinion rendered on July 31st, 2019, was temporarily suspended from the law and notarial practices. Then on October 16th 2019 was readmitted to the law practice and December 11, 2019 to the notarial practice. I further certify that, as of this date, **Atty. Rivera-Rodríguez** is in Good Standing on the Roll of Attorneys of this Court.

**In Witness Whereof**, I issue this certification upon cancellation of the pertinent internal revenue stamps in the City of San Juan, Puerto Rico, this 5th day of march, 2021.



_____
Dianiris Burgos Díaz
Assistant Clerk, Supreme Court of Puerto Rico

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff<br><br>v.<br><br>**LUIS ENRIQUE GONZALEZ-MALDONADO**<br><br>Defendant | **CRIMINAL NO. 20-CR-00686-JGK-3**<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE** |

The motion of **Luis R. Rivera-Fernández,** for admission to practice Pro Hac Vice in the above captioned case is **GRANTED.**

Applicant has declared that he is a member in good standing of the bar of Puerto Rico, U.S. Territory; and that his contact information is as follows:

**LUIS RAFAEL RIVERA- RODRIGUEZ
USDC-PR 129411
LUIS RAFAEL RIVERA LAW OFFICES**
CAPITAL CENTER BLDG., STE. 401
239 ARTERIAL HOSTOS AVENUE
SAN JUAN PR  00918
TEL.: (787) 763-1780 / FAX: (787) 763-2145
E-MAIL: luiswichyrivera@hotmail.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **Luis Enrique González-Maldonado** in the above action;

**ITS HEREBY ORDERED** that Applicant is admitted to practice to Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

On New York, New York this __9th__ day __March__ 2021.

/s/ John G. Koeltl
_____
United States District/Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff<br><br>v.<br><br>**LUIS ENRIQUE GONZALEZ-MALDONADO**<br><br>Defendant | **CRIMINAL NO. 20-CR-00686-JGK-3**<br><br>**MOTION TO APPEAR PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Luis R. Rivera-Rodríguez, hereby move this Court for an Order for Admission to practice pro hac vice to appear in the above-captioned action.

I am in good standing in all Bars wherever admitted and have not had any request for pro hac vice admission denied or revoked.  (See Attachment Under Seal).

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 8th day of March 2021.

*s/Luis Rafael Rivera-Rodríguez*
USDC-PR 129411
**Luis Rafael Rivera Law Offices**
Capital Center Bldg., Suite 401
239 Arterial Hostos Avenue
San Juan, Puerto Rico 00918
Tel.: (787) 763-1780
Fax: (787) 763-2145
E- mail: luiswichyrivera@hotmail.com
