**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 20-CR-00686-JGK-3** |
| Plaintiff | |
| v. | |
| **LUIS ENRIQUE GONZALEZ-MALDONADO** | |
| Defendant | |

> Application granted.
> SO ORDERED
>                                    /s/ John G. Koeltl
> March 9, 2021          John G. Koeltl
> New York, NY                 U.S.D.J.

## LEAVE TO FILE DOCUMENT UNDER SEAL

**TO THE HONORABLE COURT:**

   **COMES NOW**, **Laura M. Miranda, Esq.,** and in compliance with the requirements of this Court's Standing Order 21-MC-13, it is respectfully requested that Exhibit 4 of the Motion for Pro Hac Vice Admission of Luis Rafael Rivera Rodríguez be accepted by the Court to be filed **UNDER SEAL**.

   **WHEREFORE**, it is respectfully requested that this motion be **GRANTED**.

**DATED:**   March 8, 2021

                    **Respectfully Submitted,**

                    */s/Laura M. Miranda*
                    **LAURA M. MIRANDA, ESQUIRE**
                    SDNY Bar # 7909
                    Laura M. Miranda
                    Attorneys at Law PLLC
                    1 Liberty Plaza 23rd Floor
                    New York, NY  10006
                    Cel.: 917-696-7933
                    E-mail:  lawmiranda@msn.com

                    */s/Luis Rafael Rivera-Rodríguez*
                    **LUIS RAFAEL RIVERA- RODRIGUEZ**
                    USDC-PR 129411
                    Luis Rafael Rivera Law Offices
                    Capital Center Bldg., Ste. 401
                    239 Arterial Hostos Avenue
                    San Juan, PR   00918
                    Tel.: (787) 763-1780 / Fax: (787) 763-2145
                    E-mail: luiswichyrivera@hotmail.com