UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

UNITED STATES OF AMERICA

    - against -                      20 Cr. 686 (JGK)

LUIS ENRIQUE GONZALEZ-MALDONADO,        ORDER

                Defendant.
───────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The Government should respond to the application for bail by March 22, 2021.

**SO ORDERED.**

Dated:    New York, New York
           March 15, 2021          /s/ John G. Koeltl
                                      John G. Koeltl
                           United States District Judge