UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -

LUIS ENRIQUE GONZALEZ-MALDONADO,
ALEXANDER ALMONTE-MACEA, and
VINCENTE ESTEVEZ,
               Defendants.

20 Cr. 686 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for another conference on **January 19, 2022** at **9:00 a.m.**

    Because a continuance is needed to allow for the Government to make discovery and for the defendants to review it, to allow defense counsel time to decide what motions, if any, will be made, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **November 2, 2021**, until **January 19, 2022**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
            November 2, 2021

                                            John G. Koeltl
                                    United States District Judge