UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

LUIS ENRIQUE GONZALEZ-MALDONADO,

                  Defendant.

20-cr-686 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties should advise the Court by **noon on January 24, 2023,** whether they seek a Fatico hearing in this case or whether they seek to have the Court rely on the parties' submissions and the trial record in this case.

SO ORDERED.

Dated:    New York, New York
           January 23, 2023

                                        John G. Koeltl
                                      United States District Judge